IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00165-LTB-CBS

JAMES SCHUDER,
    Plaintiff,
v.

JERRI GREEN,
    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Prisoner Complaint (doc. # 3). Pursuant to the Order of Reference dated February 7, 2008 (doc. # 6), this case was referred to the Magistrate Judge to, *inter alia*, '[h]ear and determine pretrial matters, . . ." On January 25, 2008, the court granted Plaintiff Schuder leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 2). It is now

ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendant. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint and summons upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that after service of process on them, Defendant shall respond to the Prisoner Complaint (doc. # 3) as provided in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 8th day of February, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00165-LTB-CBS

James Schuder
Prisoner No. 123025
San Carlos Corr. Facility
PO Box 3
Pueblo, CO 81003

Jerri Green - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Jerri Green; and to John Suthers; COMPLAINT FILED 1/25/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/11/08 .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk