IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00165-LTB-CBS

JAMES SCHUDER,

    Plaintiff,

v.

JERRI GREEN,

    Defendant.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on July 15, 2008 (Doc 18). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITH PREJUDICE.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: August 4, 2008